450 A.2d 212

Commonwealth v. West, Appellant.

Submitted June 23, 1982.

Elaine DeMasse, Assistant Public Defender, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Leonard A. Ivanoski is affirmed.